UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JUDITH COSTELLO | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| MARRIOTT INTERNATIONAL, INC. | \* |
| Defendant. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PLAINTIFF'S COMPLAINT**

**(Parties And Jurisdiction)**

1.   The Plaintiff, Judith Costello, is a resident of Newburyport, County of Essex, Commonwealth of Massachusetts.

2.   The Defendant, Marriott International, Inc., is a foreign corporation with a usual place of business in Bethesda, Maryland.

3.   Jurisdiction is based on the diverse citizenship of the parties pursuant to 28 USC §1332 together with an amount in controversy exceeding $75,000.00.

## **COUNT I**

**(Judith Costello v. Marriott International, Inc.)**

**(Negligence)**

4.   On or about November 30, 2009, the Plaintiff, Judith Costello, was lawfully on the premises known as the Frenchman's Reef, in St. Thomas, which is owned and controlled by the Defendant, Marriott International, Inc.

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

5.   On the above date, while exiting the restaurant on said premises, the Plaintiff, Judith Costello, who was exercising all due care, fell and struck her head on the hard, slippery floor surface to the negligence of the Defendant, its agents, employees and/or servants.

6.   The Defendant's negligence includes:

   a)   its negligent failure to safely and properly maintain, inspect, manage and care for the aforementioned premises;

   b)   its negligent failure to correct a dangerous condition and to correct said dangerous condition or remove the causes thereof, despite the Defendant's knowledge of said condition;

   c)   its negligent failure to warn of the presence of the dangerous condition.

7.   As a direct and proximate result of the Defendant, its agents, servants or employees' negligence, the Plaintiff, Judith Costello, suffered severe injuries including but not limited to a concussion, kidney problems and subsequent medical treatment/therapy; suffered disability, pain and suffering, incurred medical expenses, and was otherwise injured as will be shown at trial.

   WHEREFORE, the plaintiff, Judith Costello, demands judgment against the defendant in the amount of $250,000.00 plus interest and costs.

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

| | |
|---|---|
| Dated: April 16, 2010 | The Plaintiff, Judith Costello,<br>By her attorney,<br>JOSEPH G. ABROMOVITZ, P.C.<br><br>s/Joseph G. Abromovitz<br>_____<br>Joseph G. Abromovitz<br>BBO NO. 011420<br>858 Washington Street, 3rd Floor<br>Dedham, MA. 02026<br>Phone: (781) 329-1080 |

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com